April 14, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

**ALTA MESA HOLDINGS, L.P., ALTA MESA ACQUISITION SUB, LLC, THE MERIDIAN RESOURCE & EXPLORATION LLC CHANGE IN CONTROL SEVERANCE PLAN, AND THE MERIDIAN RESOURCE & EXPLORATION, LLC, Appellants**

NO. 14-14-00739-CV                 V.

**STEVEN IVES AND LLOYD DELANO, Appellees**

_____

This cause, an appeal from the judgment in favor of appellees, Steven Ives and Lloyd Delano, signed June 30, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in assessing liability for breach of the employment agreements against Alta Mesa Holdings, L.P. We therefore order that the portions of the judgment assessing liability against Alta Mesa Holdings, L.P. for breach of those agreements are **REVERSED**, and we **RENDER** judgment that appellees, Steven Ives and Lloyd Delano, take nothing against Alta Mesa Holdings, L.P. on those claims.

We further find the trial court erred in ordering The Meridian Resource & Exploration, LLC and Alta Mesa Acquisition Sub, LLC to pay attorney's fees based on breach of the employment agreements. Accordingly, we **REVERSE** the portions of the judgment ordering them to pay those fees to appellees, Steven Ives and Lloyd Delano, and **MODIFY** the judgment to delete that award.

Finding no error in the remainder of the judgment, we order it **AFFIRMED** as so **MODIFIED**.

We order each of the following parties to pay one-fifth of the costs expended in this appeal:  (1) The Meridian Resource & Exploration, LLC; (2) Alta Mesa Acquisition Sub, LLC; (3) The Meridian Resource & Exploration LLC Change in Control Severance Plan; (4) Steven Ives; and (5) Lloyd Delano.

We further order this decision certified below for observance.